**IN THE UNITED STATES DICTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| OZARK MATERIALS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO.: 2:22-cv-313 |
| THE AERO-MARK COMPANY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

Defendant The Aero-Mark Company, LLC ("Aero-Mark" or "Defendant"), by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes this action from the Circuit Court of Butler County, Alabama, where it is pending and bears the civil action number 10-CV-2022-900024.00, to the United States District Court for the Middle District of Alabama, Northern Division.[1]  As set forth below, this Court has jurisdiction over this action because the parties are completely diverse and the amount in controversy exceeds $75,000 exclusive of interests and costs.  *See* 28 U.S.C. § 1332(a).  In support of this removal, Defendant states the following:

**PROCEDURAL HISTORY**

1.    Plaintiff Ozark Materials, LLC ("Ozark" or "Plaintiff") commenced this action on April 1, 2022, by filing a complaint (the "Complaint" or "Compl.") against Defendant in the Circuit Court of Butler County, Alabama.  (Attached as **Exhibit 1** are copies of any and all

---

[1]    Defendant Aero-Mark hereby expressly preserves any potential objection to the exercise of personal jurisdiction over it and/or the sufficiency of service of process. *See Usatorres v. Marina Mercante Nicaraguenses, N.A.*, 768 F.2d 1285, 1287 (11th Cir. 1985) (defenses of insufficiency of service of process and lack of personal jurisdiction not waived by removal of action); *Diulus v. Am. Express Travel Related Servs. Co.*, No. 1:19-CV-1551-MHC, 2019 U.S. Dist. LEXIS 234322, at *18 (N.D. Ga. June 26, 2019) ("removal does not waive any defense and a defendant may move to dismiss for lack of personal jurisdiction after removal") (citation omitted), *aff'd*, 823 F. App'x 843 (11th Cir. 2020) (per curiam).

pleadings, processes, and orders in the state court action, along with a copy of the state court docket sheet as of this date.)

2.    Plaintiff asserts claims against Defendant for alleged breach of contract, unjust enrichment and open account in connection with the sale of product. (*See generally* Complaint.) Defendant denies all of Plaintiff's claims and allegations of wrongdoing.

3.    Defendant has not been served as of the date of the filing of this Notice of Removal. (*See* Exhibit 1, state court docket sheet.)  Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).  *See Whitehurst v. Walmart*, 306 Fed. App'x, 446, 448 (11th Cir. 2008) ("[N]othing in the removal statute, or any other legal provision, requires that a defendant be served with the complaint before filing a notice of removal.")

## **GROUNDS FOR REMOVAL**

4.    This action may be removed under 28 U.S.C. § 1441(a) because the Court has original jurisdiction under 28 U.S.C. § 1332(a)(1).  There is complete diversity of citizenship between the parties, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

**A.    Complete Diversity of Citizenship Exists Between the Parties**

5.    Plaintiff is now, and was at the commencement of this action, an Alabama limited liability company with its principal place of business in Butler County, Alabama.  (Compl. ¶ 1.)

6.    For purposes of diversity jurisdiction, a limited liability company is a citizen of each state in which any of its members is a citizen. *Rolling Greens, MHP, O.P. v. Comcast SCH Holdings*, LLC, 374 F. 3d 1020, 1021-2022 (11th Cir. 2004)

7.    The sole member of Plaintiff is Ozark Striping Company, Inc. ("OSC"). (*See* Article V of Exhibit A to "Certificate of Correction to the Certificate of Formation of Ozark Materials, LLC," attached hereto as **Exhibit 2**.)  OSC is a corporation organized under the laws

of the State of Alabama and having its principal place of business in the State of Alabama. *Id.*; *see also* Alabama Secretary of State record confirming that OSC was formed in Dale County, Alabama and has a registered office street address in Ozark, Alabama, **Exhibit 3**, at 1.

8.    Therefore, for diversity purposes, OSC is a citizen of Alabama.  Moreover, because OSC is Ozark's sole member, Ozark is also a citizen of the State of Alabama for purposes of diversity jurisdiction.

9.    Defendant is, and was at the time Plaintiff commenced this action, a limited liability Company organized under the laws of the State of Ohio with its principal place of business in Ohio. *See* **Exhibit 4**, Declaration of Curtis A. Huffman, ¶ 2.  All of the Defendant's members are, and were at the time Plaintiff commenced this action, residents of the State of Florida. *Id.*, ¶¶ 3-5.  Thus, all of the members of Defendant are citizens of the State of Florida for purposes of diversity jurisdiction.  Moreover, because all of Defendant's members are citizens of the State of Florida, Defendant is also a citizen of the State of Florida for purposes of diversity jurisdiction.

10.    Accordingly, this action involves "citizens of different States."  28 U.S.C. § 1332(a)(1).  Plaintiff is a citizen of the State of Alabama and Defendant is a citizen of a state other than Alabama.

11.    In addition, because Defendant is not a citizen of the State of Alabama, removal of this action is proper under 28 U.S.C. § 1441(b).

**B.    The Amount-In-Controversy Requirement Is Satisfied.**

12.    In each of the three counts in the Complaint, Plaintiff requests a judgment in its favor and against the Defendant for not less than $336,918.01. *See* Compl., pp. 1-2.

13.    Accordingly, it is clear in this case that the amount in controversy exceeds $75,000, exclusive of interest and costs.

**C.    The Other Prerequisites for Removal Have Been Satisfied.**

14.    In accordance with 28 U.S.C. § 1446(a), a copy of any and all process, pleadings, and orders in the state court action is attached collectively as Exhibit A.

15.    Venue for removal is proper in this district and division under 28 U.S.C. § 81(b)(1) because this district and division embrace the Circuit Court of Butler County, Alabama, the forum in which the removed action was pending.

16.    In accordance with 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of the filing of this Notice of Removal to Plaintiff and shall file a copy of this Notice along with a Notice of Filing of Notice of Removal with the Clerk of the Circuit Court of Butler County, Alabama, where this action is currently pending.

WHEREFORE, Defendant gives notice that the matter bearing civil action number 10-CV-2022-900024.00 in the Circuit Court for Butler County, Alabama is removed to the United States District Court for the Middle District of Alabama, Northern Division, and requests that this Court retain jurisdiction in this matter.

Respectfully submitted this 23rd day of May 2022.

_____
PATRICK C. FINNEGAN (FINNP3533)
WILLIAM W. WATTS, III (WATTW5095)
*Attorneys for Defendant*
*The Aero-Mark Company, LLC*

**OF COUNSEL:**
HELMSING, LEACH, HERLONG,
  NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL  36652
(251) 432-5521
(251) 432-0633 Fax
E-mail: pcf@helmsinglaw.com
        www@helmsinglaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 23rd day of May, 2022, electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to counsel who have appeared in the case and who have registered for such notification and have also served a copy of the foregoing pleading by U.S. Mail, first-class postage pre-paid, as follows:

Stuart H. Memory, Esquire (*smemory@memorylegal.com*)
MEMORY MEMORY & CAUSBY, LLP
Post Office Box 4054
Montgomery, AL 36103-4054
*Attorney for Plaintiff Ozark Materials, LLC*

OF COUNSEL

**IN THE UNITED STATES DICTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **OZARK MATERIALS, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 2:22-cv-313** |
| | ) | |
| **THE AERO-MARK COMPANY, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# EXHIBIT 1

## ALABAMA SJIS CASE DETAIL

**PREPARED FOR: THOMAS GAILLARD**



County: **10**    Case Number: **CV-2022-900024.00**    Court Action:
Style: **OZARK MATERIALS, LLC V. THE AERO-MARK COMPANY, LLC**

Real Time

### Case

#### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **10-BUTLER** | Case Number: | **CV-2022-900024.00** | Judge: | **CLP:CLEVELAND POOLE** |
| Style: | **OZARK MATERIALS, LLC V. THE AERO-MARK COMPANY, LLC** | | | | |
| Filed: | **04/01/2022** | Case Status: | **ACTIVE** | Case Type: | **CONTRACT/EJMNT/SEIZU** |
| Trial Type: | **BENCH** | Track: | | Appellate Case: | **0** |
| No of Plaintiffs: | **1** | No of Defendants: | **1** | | |

#### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | **0.00** | Punitive Damages: | **0.00** | General Damages: | **0.00** |
| No Damages: | | Compensatory Damages: | **0.00** | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

#### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: | |
| Num of Trial days: | **0** | Num of Liens: | **0** | Judgment For: | |
| Dispositon Date of Appeal: | | Disposition Judge: | : | Disposition Type: | |
| Revised Judgement Date: | | Minstral: | | Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | | |

#### Comments

Comment 1:
Comment 2:

#### Appeal Information

| | | | | | |
|---|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: | |
| Appeal Status: | | Orgin Of Appeal: | | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: | |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | | |

#### Administrative Information

| | | | | | |
|---|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: | |
| Number of Subponeas: | | Last Update: | **04/01/2022** | Updated By: | **AJA** |

### Parties

#### Party 1 - Plaintiff BUSINESS - OZARK MATERIALS, LLC

##### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | **C001-Plaintiff** | Name: | **OZARK MATERIALS, LLC** | | | Type: | **B-BUSINESS** |
| Index: | **D THE AERO-MAR** | Alt Name: | | Hardship: | **No** | JID: | **CLP** |
| Address 1: | **C/O MEMORYMEMORY & CAUSBY** | | | Phone: | **(334) 834-8000** | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Address 2: | POST OFFICE BOX 4054 | | | | | |
| City: | MONTGOMERY | State: | AL | Zip: | 36103-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | | Court Action For: | Exemptions: | |
| Cost Against Party: | $0.00 | | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | | Warrant Action Status: | Status Description: | |

## Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: | |
| Return: | Return Type: | Return: | Return Type: | |
| Served: | Service Type | Service On: | Notice of No Answer: | |
| Answer: | Answer Type: | Notice of No Service: | Served By: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

### Party 2 - Defendant BUSINESS - THE AERO-MARK COMPANY, LLC

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | THE AERO-MARK COMPANY, LLC | Type: | B-BUSINESS |
| Index: | C OZARK MATERI | Alt Name: | | Hardship: No | JID: CLP |
| Address 1: | C/O THOMAS J. SCANLON | | | Phone: (334) 000-0000 | |
| Address 2: | 10423 DANNER DRIVE | | | | |
| City: | STREETSBORO | State: | OH | Zip: 44241-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | | Court Action For: | Exemptions: | |
| Cost Against Party: | $0.00 | | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | | Warrant Action Status: | Status Description: | |

## Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | 04/01/2022 | Issued Type: | F-CERTIFIED MAIL BY FIL | Reissue: 04/28/2022 | Reissue Type: A-PROCESS SERVER |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | | Service Type | | Service On: | Notice of No Answer: |
| Answer: | | Answer Type: | | Notice of No Service: | Served By: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

### Financial

#### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $15.64 | $0.00 | $0.00 | |
| ACTIVE | N | CV05 | C001 | 000 | $346.00 | $346.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $391.00 | $406.64 | -$15.64 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/07/2022 | CREDIT | CONV | 2022143 | 1386610 | $15.64 | C001 | 000 | | N | | | LAM |
| 04/07/2022 | RECEIPT | CV05 | 2022143 | 1386620 | $346.00 | C001 | 000 | | N | | | LAM |
| 04/07/2022 | RECEIPT | VADM | 2022143 | 1386630 | $45.00 | C001 | 000 | | N | | | LAM |

## Case Action Summary

| Date: | Time | Code | Comments | | Operator |
|---|---|---|---|---|---|
| 4/1/2022 | 9:03 AM | ECOMP | COMPLAINT E-FILED. | | MEM002 |
| 4/1/2022 | 9:04 AM | FILE | FILED THIS DATE: 04/01/2022 | (AV01) | AJA |
| 4/1/2022 | 9:04 AM | EORD | E-ORDER FLAG SET TO "Y" | (AV01) | AJA |
| 4/1/2022 | 9:04 AM | ASSJ | ASSIGNED TO JUDGE: CLEVELAND POOLE | (AV01) | AJA |
| 4/1/2022 | 9:04 AM | SCAN | CASE SCANNED STATUS SET TO: N | (AV01) | AJA |
| 4/1/2022 | 9:04 AM | TDMN | BENCH/NON-JURY TRIAL REQUESTED | (AV01) | AJA |
| 4/1/2022 | 9:04 AM | ORIG | ORIGIN: INITIAL FILING | (AV01) | AJA |
| 4/1/2022 | 9:04 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE | (AV01) | AJA |
| 4/1/2022 | 9:04 AM | C001 | C001 PARTY ADDED: OZARK MATERIALS, LLC | (AV02) | AJA |
| 4/1/2022 | 9:04 AM | C001 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 4/1/2022 | 9:04 AM | C001 | C001 E-ORDER FLAG SET TO "Y" | (AV02) | AJA |
| 4/1/2022 | 9:04 AM | C001 | LISTED AS ATTORNEY FOR C001: MEMORY STUART HAMILT | | AJA |
| 4/1/2022 | 9:04 AM | D001 | D001 PARTY ADDED: THE AERO-MARK COMPANY, LLC(AV02) | | AJA |
| 4/1/2022 | 9:04 AM | D001 | D001 E-ORDER FLAG SET TO "Y" | (AV02) | AJA |
| 4/1/2022 | 9:04 AM | D001 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 4/1/2022 | 9:04 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE | (AV02) | AJA |
| 4/1/2022 | 9:04 AM | D001 | CERT MAIL-FIL ISSUED: 04/01/2022 TO D001 | (AV02) | AJA |
| 4/28/2022 | 3:10 PM | EALIA | ALIAS SUMMONS E-FILED | | MEM002 |
| 4/28/2022 | 3:10 PM | ETRAN | ALIAS SUMMONS - SUMMONS | | |
| 4/28/2022 | 3:10 PM | ---- | SCANNED - ALIAS SUMMONS - TRANSMITTAL - E-NOTICE TRANSMITTALS | | |
| 4/28/2022 | 3:11 PM | ---- | SCANNED - ALIAS SUMMONS - SUMMONS - E-NOTICE TRANSMITTALS | | |
| 4/28/2022 | 3:11 PM | D001 | REISSUE OF PROCESS SERV ON 04/28/2022 FOR D001 | | AJA |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 4/1/2022 9:02:49 AM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 4/1/2022 9:02:49 AM | 2 | COMPLAINT | | 4 |
| 4/1/2022 9:02:50 AM | 3 | SUPPORTING DOCUMENT | Exhibit A - Accounts Receivable aging report for The Aero-Mark Company | 1 |
| 4/1/2022 9:04:15 AM | 4 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 4/1/2022 9:04:16 AM | 5 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 4/28/2022 3:10:45 PM | 6 | COPY OF COMPLAINT | Complaint | 7 |
| 4/28/2022 3:10:52 PM | 7 | ALIAS SUMMONS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 4/28/2022 3:10:52 PM | 8 | ALIAS SUMMONS - SUMMONS | E-NOTICE TRANSMITTALS | 1 |

 **END OF THE REPORT**

ELECTRONICALLY FILED
4/1/2022 9:03 AM
10-CV-2022-900024.00
CIRCUIT COURT OF
BUTLER COUNTY, ALABAMA
MATTIE GOMILLION, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca<br>1 <br><br>Date of Filing:<br>04/01/2022 | Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF BUTLER COUNTY, ALABAMA**

**OZARK MATERIALS, LLC v. THE AERO-MARK COMPANY, LLC**

**First Plaintiff:** ☑ Business  ☐ Individual      **First Defendant:** ☑ Business  ☐ Individual
  ☐ Government  ☐ Other        ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS  (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☑ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING          A ☐ APPEAL FROM          O ☐ OTHER
                DISTRICT COURT

             R ☐ REMANDED             T ☐ TRANSFERRED FROM
                                          OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☐ YES ☑ NO    **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**    ☑ MONETARY AWARD REQUESTED    ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
    MEM002                    4/1/2022 9:03:27 AM              /s/ STUART HAMILTON MEMORY
    _____              _____              _____
                                    Date                      Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**        ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**        ☐ YES ☐ NO

ELECTRONICALLY FILED
4/1/2022 9:03 AM
10-CV-2022-900024.00
CIRCUIT COURT OF
BUTLER COUNTY, ALABAMA
MATTIE GOMILLION, CLERK

## IN THE CIRCUIT COURT OF BUTLER COUNTY, ~~ALABAMA~~

| | |
|---|---|
| OZARK MATERIALS, LLC, | §<br>§ |
| **Plaintiff,** | §<br>§ |
| v. | §  Case No. _____<br>§ |
| THE AERO-MARK COMPANY, LLC, | §<br>§ |
| **Defendant.** | §<br>§ |

## <u>COMPLAINT</u>

COMES NOW Ozark Materials, LLC (the "Plaintiff"), through counsel, states the following complaint (the "Complaint") against The Aero-Mark Company, LLC (the "Defendant"), and in support hereof states the following:

### PARTIES

1.      Plaintiff is an Alabama limited liability company with its principal place of business in Butler County, Alabama.

2.      Defendant is an Ohio limited liability company that does business in the State of Alabama and can be served upon its registered agent, Thomas J. Scanlon, at 10423 Danner Drive, Streetsboro, Ohio 44241-5071.  The Defendant purposely availed itself to the State of Alabama by entering transactions with the Plaintiff.

### GENERAL ALLEGATIONS OF FACT

3.      Plaintiff and Defendant entered into certain agreements (collectively the "Agreement"), wherein Plaintiff agreed to sell pavement marking materials (collectively the "Products") to the Defendant for a specific price.  A copy of the supporting documentation is attached as **Exhibit A**.

4.      Plaintiff shipped the Products to the Defendant pursuant to the terms of the Agreement.

-1-

5.     Defendant breached its obligations under the Agreement by not paying for the Products supplied by the Plaintiff.

## COUNT I – BREACH OF CONTRACT

6.     Plaintiff incorporates and realleges each of the foregoing paragraphs of this Complaint as if fully stated herein.

7.     Plaintiff performed all its obligations under the Agreement.

8.     Defendant has breached its obligations under the Agreement by not paying for the Products subject to the Agreement.

9.     Due to this breach by the Defendant, the Plaintiff has been damaged.

10.     As of the date of this filing, Plaintiff is owed not less than $336,918.01.

WHEREFORE, Plaintiff requests a judgment in its favor and against the Defendant for not less than $336,918.01, plus all other relief that Plaintiff is entitled to under the law and the Agreement, including, but not limited to, an award of its costs of collection, interest, finance charges, and reasonable attorneys' fees, together with other and further relief as shall be just and equitable.

## COUNT II – UNJUST ENRICHMENT

11.     Plaintiff incorporates and realleges each of the foregoing paragraphs of this Complaint as if fully stated herein.

12.     Plaintiff performed all its obligations under the Agreement.

13.     Defendant received the Products and did not pay for them.

14.     Due to this breach, Defendant has been unjustly enriched and the Plaintiff has been damaged.

15.     As of the date of this filing, Plaintiff is owed not less than $336,918.01.

WHEREFORE, Plaintiff requests a judgment in its favor and against the Defendant for not less than $336,918.01, plus all other relief that Plaintiff is entitled to under the law and the Agreement, including, but not limited to, an award of its costs of collection, interest, finance charges, and reasonable attorneys' fees, together with other and further relief as shall be just and equitable.

### COUNT III – OPEN ACCOUNT

16.     Plaintiff incorporates and realleges each of the foregoing paragraphs of this Complaint as if fully stated herein.

17.     Plaintiff performed all its obligations under the Agreement.

18.     Defendant owes not less than $336,918.01 to Plaintiff due to an open account.

19.     Due to this breach, the Plaintiff has been damaged.

20.     As of the date of this filing, Plaintiff is owed not less than $336,918.01.

WHEREFORE, Plaintiff requests a judgment in its favor and against the Defendant for not less than $336,918.01, plus all other relief that Plaintiff is entitled to under the law and the Agreement, including, but not limited to, an award of its costs of collection, interest, finance charges, and reasonable attorneys' fees, together with other and further relief as shall be just and equitable.

Respectfully submitted this the 1st day of April, 2022.

MEMORY MEMORY & CAUSBY, LLP

By:     /s/ Stuart H. Memory
        Stuart H. Memory

        Attorney for Ozark Materials, LLC

OF COUNSEL:

-3-

MEMORY MEMORY & CAUSBY, LLP
Post Office Box 4054
Montgomery, Alabama 36103-4054
(334) 834-8000 (P), (334) 834-8001 (F)
smemory@memorylegal.com

ELECTRONICALLY FILED
4/1/2022 9:03 AM
10-CV-2022-900024.00
CIRCUIT COURT OF
BUTLER COUNTY, ALABAMA
MATTIE GOMILLION, CLERK

Ozark Materials, LLC
Ozark Materials, LLC

# A/R Aging Detail
## As of February 21, 2022

| Customer | Transaction Type | Date | Document Number | P.O. No. | Due Date | Age | Open Balance |
|---|---|---|---|---|---|---|---|
| **The Aero-Mark Company LLC** | | | | | | | |
| | Invoice | 5/10/2021 | INV3678 | | 6/9/2021 | 257 | $440.00 |
| | Invoice | 5/12/2021 | INV3679 | | 6/11/2021 | 255 | $440.00 |
| | Invoice | 5/17/2021 | INV3680 | | 6/16/2021 | 250 | $440.00 |
| | Invoice | 6/18/2021 | INV3705 | | 7/18/2021 | 218 | $440.00 |
| | Invoice | 6/22/2021 | INV3707 | | 7/22/2021 | 214 | $440.00 |
| | Invoice | 7/30/2021 | INV3766 | | 9/29/2021 | 145 | $1,716.00 |
| | Invoice | 8/1/2021 | INV3780 | | 8/1/2021 | 204 | $8.56 |
| | Invoice | 8/31/2021 | INV3813 | | 9/30/2021 | 144 | $440.00 |
| | Invoice | 9/10/2021 | INV3846 | | 10/10/2021 | 134 | $440.80 |
| | Invoice | 9/13/2021 | INV3853 | | 11/13/2021 | 100 | $34,386.00 |
| | Invoice | 9/13/2021 | INV3854 | | 11/13/2021 | 100 | $34,386.00 |
| | Invoice | 9/15/2021 | INV3862 | | 11/15/2021 | 98 | $34,386.00 |
| | Invoice | 9/15/2021 | INV3863 | | 11/15/2021 | 98 | $34,386.00 |
| | Invoice | 9/15/2021 | INV3864 | | 11/15/2021 | 98 | $34,386.00 |
| | Invoice | 9/16/2021 | INV3868 | | 11/16/2021 | 97 | $34,386.00 |
| | Invoice | 10/1/2021 | INV3916 | | 10/1/2021 | 143 | $22.68 |
| | Invoice | 10/4/2021 | INV3336 | | 11/3/2021 | 110 | $456.00 |
| | Invoice | 10/6/2021 | INV3342 | | 12/6/2021 | 77 | $34,125.08 |
| | Invoice | 10/7/2021 | INV3343 | | 12/7/2021 | 76 | $34,125.08 |
| | Invoice | 10/13/2021 | INV3350 | | 11/12/2021 | 101 | $23,472.60 |
| | Invoice | 11/1/2021 | INV3178 | | 11/1/2021 | 112 | $52.10 |
| | Invoice | 11/9/2021 | INV3218 | | 1/9/2022 | 43 | $31,500.04 |
| | Invoice | 12/1/2021 | INV2915 | | 12/1/2021 | 82 | $5.90 |
| | Invoice | 2/1/2022 | INV4127 | | 2/1/2022 | 20 | $937.17 |
| **Total - The Aero-Mark Company LLC** | | | | | | | **$335,818.01** |
| **Total** | | | | | | | **$335,818.01** |



**AlaFile E-Notice**

10-CV-2022-900024.00

To: STUART HAMILTON MEMORY
smemory@memorylegal.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BUTLER COUNTY, ALABAMA

OZARK MATERIALS, LLC V. THE AERO-MARK COMPANY, LLC
10-CV-2022-900024.00

The following complaint was FILED on 4/1/2022 9:02:50 AM

Notice Date:    4/1/2022 9:02:50 AM

MATTIE GOMILLION
CIRCUIT COURT CLERK
BUTLER COUNTY, ALABAMA
POST OFFICE BOX 236
GREENVILLE, AL, 36037

334-382-3521
mattie.gomillion@alacourt.gov



**AlaFile E-Notice**

10-CV-2022-900024.00

To: THE AERO-MARK COMPANY, LLC
C/O THOMAS J. SCANLON
10423 DANNER DRIVE
STREETSBORO, OH, 44241

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BUTLER COUNTY, ALABAMA

OZARK MATERIALS, LLC V. THE AERO-MARK COMPANY, LLC
10-CV-2022-900024.00

The following complaint was FILED on 4/1/2022 9:02:50 AM

Notice Date:      4/1/2022 9:02:50 AM

MATTIE GOMILLION
CIRCUIT COURT CLERK
BUTLER COUNTY, ALABAMA
POST OFFICE BOX 236
GREENVILLE, AL, 36037

334-382-3521
mattie.gomillion@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>10-CV-2022-900024.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF BUTLER COUNTY, ALABAMA
### OZARK MATERIALS, LLC V. THE AERO-MARK COMPANY, LLC

**NOTICE TO:** THE AERO-MARK COMPANY, LLC, C/O THOMAS J. SCANLON 10423 DANNER DRIVE, STREETSBORO, OH 44241
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), STUART HAMILTON MEMORY
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 4054, MONTGOMERY, AL 36103
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of OZARK MATERIALS, LLC
pursuant to the Alabama Rules of the Civil Procedure.
*[Name(s)]*

| 04/01/2022 | /s/ MATTIE GOMILLION | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ STUART HAMILTON MEMORY
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*                                        *(Name of County)*

Alabama on _____ .
*(Date)*

_____     _____     *(Address of Server)*
*(Type of Process Server)*          *(Server's Signature)*

                              _____     *(Phone Number of Server)*
                              *(Server's Printed Name)*



**AlaFile E-Notice**


ELECTRONICALLY FILED
4/28/2022 3:10 PM
10-CV-2022-900024.00
CIRCUIT COURT OF
BUTLER COUNTY, ALABAMA
MATTIE GOMILLION, CLERK

10-CV-2022-900024.00

To:  STUART HAMILTON MEMORY
     smemory@memorylegal.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BUTLER COUNTY, ALABAMA

OZARK MATERIALS, LLC V. THE AERO-MARK COMPANY, LLC
10-CV-2022-900024.00

The following complaint was FILED on 4/1/2022 9:02:50 AM

Notice Date:     4/1/2022 9:02:50 AM

MATTIE GOMILLION
CIRCUIT COURT CLERK
BUTLER COUNTY, ALABAMA
POST OFFICE BOX 236
GREENVILLE, AL, 36037

334-382-3521
mattie.gomillion@alacourt.gov

ELECTRONICALLY FILED
4/1/2022 9:03 AM
10-CV-2022-900024.00
CIRCUIT COURT OF
BUTLER COUNTY, ALABAMA
MATTIE GOMILLION, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca:<br>1C |
|---|---|---|

Date of Filing:                    Judge Code:
04/01/2022

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF BUTLER COUNTY, ALABAMA
### OZARK MATERIALS, LLC v. THE AERO-MARK COMPANY, LLC

**First Plaintiff:**  ☑ Business  ☐ Individual      **First Defendant:**  ☑ Business  ☐ Individual
☐ Government  ☐ Other           ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA  - Wrongful Death
☐ TONG  - Negligence: General
☐ TOMV  - Negligence: Motor Vehicle
☐ TOWA  - Wantonness
☐ TOPL  - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM  - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM  - Fraud/Bad Faith/Misrepresentation
☐ TOXX  - Other: _____

**TORTS: PERSONAL INJURY**
☐ TOPE  - Personal Property
☐ TORE  - Real Properly

**OTHER CIVIL FILINGS**
☐ ABAN  - Abandoned Automobile
☐ ACCT  - Account & Nonmortgage
☐ APAA  - Administrative Agency Appeal
☐ ADPA  - Administrative Procedure Act
☐ ANPS  - Adults in Need of Protective Service

**OTHER CIVIL FILINGS  (cont'd)**
☐ MSXX  - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
　　　　　　Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT  - Civil Rights
☐ COND  - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP  - Contempt of Court
☑ CONT  - Contract/Ejectment/Writ of Seizure
☐ TOCN  - Conversion
☐ EQND  - Equity Non-Damages Actions/Declaratory Judgment/
　　　　　　Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD  - Eviction Appeal/Unlawful Detainer
☐ FORJ  - Foreign Judgment
☐ FORF  - Fruits of Crime Forfeiture
☐ MSHC  - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB  - Protection From Abuse
☐ EPFA  - Elder Protection From Abuse
☐ QTLB  - Quiet Title Land Bank
☐ FELA  - Railroad/Seaman (FELA)
☐ RPRO  - Real Property
☐ WTEG  - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP  - Workers' Compensation
☐ CVXX  - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ **INITIAL FILING**      A ☐ **APPEAL FROM**      O ☐ **OTHER**
　　　　　　　　　　　　　　　　　　　　**DISTRICT COURT**

　　　　　　R ☐ **REMANDED**      T ☐ **TRANSFERRED FROM**
　　　　　　　　　　　　　　　　　　**OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?**  ☐ YES ☑ NO      **Note:** Checking "Yes" does not constitute a demand for a
　　　　　　　　　　　　　　　　　　　　　　　　jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**      ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
　　MEM002          4/1/2022 9:03:27 AM          /s/ STUART HAMILTON MEMORY
　　　　　　　　　　　　Date                    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**      ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**      ☐ YES ☐ NO

ELECTRONICALLY FILED
4/1/2022 9:03 AM
10-CV-2022-900024.00
CIRCUIT COURT OF
BUTLER COUNTY, ALABAMA
MATTIE GOMILLION, CLERK

## IN THE CIRCUIT COURT OF BUTLER COUNTY, ~~ALABAMA~~

| | |
|---|---|
| **OZARK MATERIALS, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | **Case No. _____** |
| § | |
| **THE AERO-MARK COMPANY, LLC,** § | |
| § | |
| **Defendant.** § | |

### COMPLAINT

COMES NOW Ozark Materials, LLC (the "Plaintiff"), through counsel, states the

following complaint (the "Complaint") against The Aero-Mark Company, LLC (the

"Defendant"), and in support hereof states the following:

### PARTIES

1.      Plaintiff is an Alabama limited liability company with its principal place of

business in Butler County, Alabama.

2.      Defendant is an Ohio limited liability company that does business in the State of

Alabama and can be served upon its registered agent, Thomas J. Scanlon, at 10423 Danner

Drive, Streetsboro, Ohio 44241-5071.  The Defendant purposely availed itself to the State of

Alabama by entering transactions with the Plaintiff.

### GENERAL ALLEGATIONS OF FACT

3.      Plaintiff and Defendant entered into certain agreements (collectively the

"Agreement"), wherein Plaintiff agreed to sell pavement marking materials (collectively the

"Products") to the Defendant for a specific price.  A copy of the supporting documentation is

attached as **Exhibit A**.

4.      Plaintiff shipped the Products to the Defendant pursuant to the terms of the

Agreement.

-1-

5.    Defendant breached its obligations under the Agreement by not paying for the Products supplied by the Plaintiff.

## COUNT I – BREACH OF CONTRACT

6.    Plaintiff incorporates and realleges each of the foregoing paragraphs of this Complaint as if fully stated herein.

7.    Plaintiff performed all its obligations under the Agreement.

8.    Defendant has breached its obligations under the Agreement by not paying for the Products subject to the Agreement.

9.    Due to this breach by the Defendant, the Plaintiff has been damaged.

10.    As of the date of this filing, Plaintiff is owed not less than $336,918.01.

WHEREFORE, Plaintiff requests a judgment in its favor and against the Defendant for not less than $336,918.01, plus all other relief that Plaintiff is entitled to under the law and the Agreement, including, but not limited to, an award of its costs of collection, interest, finance charges, and reasonable attorneys' fees, together with other and further relief as shall be just and equitable.

## COUNT II – UNJUST ENRICHMENT

11.    Plaintiff incorporates and realleges each of the foregoing paragraphs of this Complaint as if fully stated herein.

12.    Plaintiff performed all its obligations under the Agreement.

13.    Defendant received the Products and did not pay for them.

14.    Due to this breach, Defendant has been unjustly enriched and the Plaintiff has been damaged.

15.    As of the date of this filing, Plaintiff is owed not less than $336,918.01.

WHEREFORE, Plaintiff requests a judgment in its favor and against the Defendant for not less than $336,918.01, plus all other relief that Plaintiff is entitled to under the law and the Agreement, including, but not limited to, an award of its costs of collection, interest, finance charges, and reasonable attorneys' fees, together with other and further relief as shall be just and equitable.

### COUNT III – OPEN ACCOUNT

16.     Plaintiff incorporates and realleges each of the foregoing paragraphs of this Complaint as if fully stated herein.

17.     Plaintiff performed all its obligations under the Agreement.

18.     Defendant owes not less than $336,918.01 to Plaintiff due to an open account.

19.     Due to this breach, the Plaintiff has been damaged.

20.     As of the date of this filing, Plaintiff is owed not less than $336,918.01.

WHEREFORE, Plaintiff requests a judgment in its favor and against the Defendant for not less than $336,918.01, plus all other relief that Plaintiff is entitled to under the law and the Agreement, including, but not limited to, an award of its costs of collection, interest, finance charges, and reasonable attorneys' fees, together with other and further relief as shall be just and equitable.

Respectfully submitted this the 1st day of April, 2022.

MEMORY MEMORY & CAUSBY, LLP

By:     /s/ Stuart H. Memory
        Stuart H. Memory

        Attorney for Ozark Materials, LLC

OF COUNSEL:

-3-

MEMORY MEMORY & CAUSBY, LLP
Post Office Box 4054
Montgomery, Alabama 36103-4054
(334) 834-8000 (P), (334) 834-8001 (F)
smemory@memorylegal.com

DOCUMENT 3

DOCUMENT 6

Ozark Materials, LLC
Ozark Materials, LLC

ELECTRONICALLY FILED
4/1/2022 9:03 AM
10-CV-2022-900024.00
CIRCUIT COURT OF
BUTLER COUNTY, ALABAMA
MATTIE GOMILLION, CLERK

# A/R Aging Detail
## As of February 21, 2022

| Customer | Transaction Type | Date | Document Number | P.O. No. | Due Date | Age | Open Balance |
|----------|------------------|------|-----------------|----------|----------|-----|--------------|
| The Aero-Mark Company LLC | | | | | | | |
| | Invoice | 5/10/2021 | INV3678 | | 6/9/2021 | 257 | $440.00 |
| | Invoice | 5/12/2021 | INV3679 | | 6/11/2021 | 255 | $440.00 |
| | Invoice | 5/17/2021 | INV3680 | | 6/16/2021 | 250 | $440.00 |
| | Invoice | 6/18/2021 | INV3705 | | 7/18/2021 | 218 | $440.00 |
| | Invoice | 6/22/2021 | INV3707 | | 7/22/2021 | 214 | $440.00 |
| | Invoice | 7/30/2021 | INV3766 | | 9/29/2021 | 145 | $1,716.00 |
| | Invoice | 8/1/2021 | INV3780 | | 8/1/2021 | 204 | $8.56 |
| | Invoice | 8/31/2021 | INV3813 | | 9/30/2021 | 144 | $440.00 |
| | Invoice | 9/10/2021 | INV3846 | | 10/10/2021 | 134 | $440.80 |
| | Invoice | 9/13/2021 | INV3853 | | 11/13/2021 | 100 | $34,386.00 |
| | Invoice | 9/13/2021 | INV3854 | | 11/13/2021 | 100 | $34,386.00 |
| | Invoice | 9/15/2021 | INV3862 | | 11/15/2021 | 98 | $34,386.00 |
| | Invoice | 9/15/2021 | INV3863 | | 11/15/2021 | 98 | $34,386.00 |
| | Invoice | 9/15/2021 | INV3864 | | 11/15/2021 | 98 | $34,386.00 |
| | Invoice | 9/16/2021 | INV3868 | | 11/16/2021 | 97 | $34,386.00 |
| | Invoice | 10/1/2021 | INV3916 | | 10/1/2021 | 143 | $22.68 |
| | Invoice | 10/4/2021 | INV3336 | | 11/3/2021 | 110 | $456.00 |
| | Invoice | 10/6/2021 | INV3342 | | 12/6/2021 | 77 | $34,125.08 |
| | Invoice | 10/7/2021 | INV3343 | | 12/7/2021 | 76 | $34,125.08 |
| | Invoice | 10/13/2021 | INV3350 | | 11/12/2021 | 101 | $23,472.60 |
| | Invoice | 11/1/2021 | INV3178 | | 11/1/2021 | 112 | $52.10 |
| | Invoice | 11/9/2021 | INV3218 | | 1/9/2022 | 43 | $31,500.04 |
| | Invoice | 12/1/2021 | INV2915 | | 12/1/2021 | 82 | $5.90 |
| | Invoice | 2/1/2022 | INV4127 | | 2/1/2022 | 20 | $937.17 |
| **Total - The Aero-Mark Company LLC** | | | | | | | **$335,818.01** |
| **Total** | | | | | | | **$335,818.01** |



**AlaFile E-Notice**

10-CV-2022-900024.00

To:  STUART HAMILTON MEMORY
     smemory@memorylegal.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BUTLER COUNTY, ALABAMA

OZARK MATERIALS, LLC V. THE AERO-MARK COMPANY, LLC
10-CV-2022-900024.00

The following alias summons was FILED on 4/28/2022 3:10:45 PM

Notice Date:     4/28/2022 3:10:45 PM

MATTIE GOMILLION
CIRCUIT COURT CLERK
BUTLER COUNTY, ALABAMA
POST OFFICE BOX 236
GREENVILLE, AL, 36037

334-382-3521
mattie.gomillion@alacourt.gov



**AlaFile E-Notice**

10-CV-2022-900024.00

To:  THE AERO-MARK COMPANY, LLC
C/O THOMAS J. SCANLON
10423 DANNER DRIVE
STREETSBORO, OH, 44241

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BUTLER COUNTY, ALABAMA

OZARK MATERIALS, LLC V. THE AERO-MARK COMPANY, LLC
10-CV-2022-900024.00

The following alias summons was FILED on 4/28/2022 3:10:45 PM

Notice Date:     4/28/2022 3:10:45 PM

MATTIE GOMILLION
CIRCUIT COURT CLERK
BUTLER COUNTY, ALABAMA
POST OFFICE BOX 236
GREENVILLE, AL, 36037

334-382-3521
mattie.gomillion@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>10-CV-2022-900024.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF BUTLER COUNTY, ALABAMA
### OZARK MATERIALS, LLC V. THE AERO-MARK COMPANY, LLC

**NOTICE TO:** THE AERO-MARK COMPANY, LLC, C/O THOMAS J. SCANLON 10423 DANNER DRIVE, STREETSBORO, OH 44241

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), STUART HAMILTON MEMORY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 4054, MONTGOMERY, AL 36103

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.       *[Name(s)]*

| 04/28/2022 | /s/ MATTIE GOMILLION | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

[ ] Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

[ ] Return receipt of certified mail received in this office on _____

*(Date)*

[ ] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*        *(Name of County)*

Alabama on _____.

*(Date)*

_____

*(Address of Server)*

_____                    _____

*(Type of Process Server)*      *(Server's Signature)*

_____

*(Phone Number of Server)*

_____

*(Server's Printed Name)*

**IN THE UNITED STATES DICTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

OZARK MATERIALS, LLC,    )
        )
    Plaintiff,    )
        )
v.    )    **CASE NO.: 2:22-cv-313**
        )
THE AERO-MARK COMPANY, LLC,    )
        )
    Defendant.    )

# EXHIBIT 2

CORP 00304 PAGE 0871

STATE OF ALABAMA          )
                          :
MONTGOMERY COUNTY         )

### CERTIFICATE OF CORRECTION
### TO THE
### CERTIFICATE OF FORMATION
### OF
### OZARK MATERIALS, LLC

Pursuant to the provisions of §10A-1-4.21 of the <u>Code of Alabama</u>, 1975, as amended, Ozark Materials, LLC (the "Company") adopts the following Certificate of Correction to its Certificate of Formation:

### FIRST

The Company's Certificate of Formation was recorded in the Office of the Judge of Probate of Montgomery County on December 30, 2011, in Corporation Book 303 at page 950, et seq.

### SECOND

At the time of filing of the Company's Certificate of Formation, the Members were listed incorrectly and the Manager's name was incorrect.

### THIRD

Attached as Exhibit "A" is a complete copy of the Certificate of Formation as it should have been filed.



**EXHIBIT 2**

CORP 00304 PAGE 0872

IN WITNESS WHEREOF, the undersigned, being the Organizer of the Company, has hereunto subscribed his name this 31st day of January, 2012.

ORGANIZER:

_Robert E. L. Gilpin_

Robert E. L. Gilpin

## ACKNOWLEDGMENT FOR ORGANIZER

STATE OF ALABAMA
MONTGOMERY COUNTY

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that **Robert E. L. Gilpin**, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he executed the same voluntarily.

GIVEN under my hand and official seal this 31st day of January, 2012.

(SEAL)

_signature_
Notary Public
My Commission Expires: 12/3/2014

00371464

2

CORP 00304 PAGE 0873

**Exhibit "A"**

# CERTIFICATE OF FORMATION
## OF
## OZARK MATERIALS, LLC

STATE OF ALABAMA                    )
                                   :
MONTGOMERY COUNTY                   )

TO THE HONORABLE JUDGE OF PROBATE OF MONTGOMERY COUNTY, ALABAMA:

The undersigned, desiring to form a limited liability company under the laws of the State of Alabama, do hereby adopt the following Certificate of Formation:

## ARTICLE I
## NAME

The name of the limited liability company shall be **Ozark Materials, LLC** (the "Company").

## ARTICLE II
## PERIOD OF DURATION

The term for which the Company is to exist as a limited liability company shall commence on the date this Certificate of Formation is filed, and shall continue in perpetual existence or until the Company shall be dissolved (a) upon the written consent of all members; (b) as provided in the Operating Agreement; or (c) as may be required by the Alabama Business and Non-Profit Entity Code or by the Alabama Limited Liability Company Act, both as amended from time to time (collectively, the "Act").

CORP 00304 PAGE 0874

## ARTICLE III
### PURPOSE

The Company is formed to transact any and all lawful business for which a limited liability company may be organized under the Alabama Limited Liability Company Act, including, but not limited to, manufacturing products for use in highway construction, and to engage in any and all activities related or incidental to the business of the Company.

## ARTICLE IV
### LOCATION OF REGISTERED OFFICE
### AND NAME OF REGISTERED AGENT

The initial registered office of the Company shall be at 2660 EastChase Lane, Suite 300, Montgomery, Alabama 36117, and the name of the initial registered agent at such address shall be Robert E. L. Gilpin.

## ARTICLE V
### MEMBERS

The name of the initial Member of the Company is Ozark Striping Company, Inc., an Alabama corporation, whose address is as set forth in the Operating Agreement of the Company.

## ARTICLE VI
### ORGANIZER

The name and address of the Organizer of the Company is:

| Name | Address |
|------|---------|
| Robert E. L. Gilpin | 2660 EastChase Lane, Suite 300 Montgomery, Alabama 36117 |

Certificate of Formation of Ozark Materials, LLC
00371472

Page 2

CORP 00304 PAGE 0875

## ARTICLE VII
## ADDITIONAL MEMBERS

The Member reserves the right to admit additional Members upon the unanimous agreement of all of the Members as to the admission of, and the consideration to be paid by, such new Members, and subject to the terms and conditions of the Company's Operating Agreement.

## ARTICLE VIII
## OPERATING AGREEMENT

The Operating Agreement of the Company shall be executed by each Member of the Company and shall set forth all provisions for the affairs of the Company and the conduct of its business to the extent that such provisions are not inconsistent with law or this Certificate of Formation.

## ARTICLE IX
## CONTINUATION UPON WITHDRAWAL OF MEMBER

The existence of the Company shall continue upon the death, retirement, resignation, expulsion, bankruptcy or dissolution of a Member or occurrence of any event which terminates the continued membership of a Member in the Company (collectively, "Cessation"), as long as, after the Cessation of the sole remaining Member, one or more new Members are admitted, as set forth in the Operating Agreement of the Company. In the event the sole remaining Member shall die, then the Personal Representative for such Member's estate shall continue as a Member.

Alabama
Sec. Of State
Entity Change DLL
035-603
Date 2/02/2012
Time 17:00
120716    9 Pg

File        $25.00
Ackn        $.00
Exp         $.00
------------
Total
04/002     $25.00

CORP 00304 PAGE 0876

## ARTICLE X
## LIABILITIES OF MEMBERS AND MANAGERS

Members and Managers of the Company are not liable under a judgment, decree or order of a court, or in any other manner, for a debt, obligation or liability of the Company, whether arising in contract, tort, or otherwise, or for the acts or omissions of any other member, manager, agent or employee of the Company. The Company does indemnify its Managers and Members as set forth in the Operating Agreement.

## ARTICLE XI
## MANAGEMENT

Authority to manage the Company shall be initially vested with one (1) Manager. The name and address of the Manager who will serve until his successor is duly elected is as follows:

| Manager's Name | Address |
|---|---|
| Leon M. Gross, III | Post Office Box 847 |
| | Ozark, Alabama 36361 |

The Manager may be removed and replaced by the Member(s) as provided in the Operating Agreement.

## ARTICLE XII
## DISSOLUTION UPON CESSATION OF THE SOLE REMAINING MEMBER

The Cessation of membership of the sole remaining Member shall not constitute a dissolution except with the written consent of the sole remaining Member or the Personal Representative of the estate of the sole remaining Member, if the sole remaining Member has

Certificate of Formation of Ozark Materials, LLC                                    Page 4
00371472

CORP 00304 PAGE 0877

died, or the holders of all financial rights in the limited liability company agree in writing to dissolve the Company. Notwithstanding anything herein or in the Act to the contrary, Section 10A-5-7.01(3)(a) of the Act shall not be applicable.

All references to Articles of Organization in this Certificate or in the Operating Agreement shall be deemed to include this Certificate of Formation.

**[ SIGNATURE PAGE FOLLOWS ]**

CORP 00304 PAGE 0878

IN WITNESS WHEREOF, the undersigned Organizer has caused this Certificate of Formation to be executed this 30th day of December, 2011.

ORGANIZER:

_____
Robert E. L. Gilpin

## ACKNOWLEDGMENT FOR ORGANIZER

STATE OF ALABAMA                )
                                                     :
MONTGOMERY COUNTY        )

    I, the undersigned, a Notary Public in and for said County in said State, hereby certify that **Robert E. L. Gilpin**, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he executed the same voluntarily.

    GIVEN under my hand and official seal this 30th day of December, 2011.

(SEAL)

_____
Notary Public
My Commission Expires: 12/3/2014

**This Instrument Prepared By:**

Robert E. L. Gilpin, Esquire
Gilpin Givhan, PC
2660 EastChase Lane, Suite 300, 36117
Post Office Drawer 4540
Montgomery, Alabama 36103-4540
(334) 409-2236  Fax (334) 244-1969

---

Certificate of Formation of Ozark Materials, LLC
  00371472                                                                                    Page  6

CORP 00304 PAGE 0879

Beth Chapman
Secretary of State

P. O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of Alabama, having custody of the
Great and Principal Seal of said State, do hereby certify that**

pursuant to the provisions of Title 10A, Chapter 1, Article 5, *Code of Alabama
1975*, and upon an examination of the entity records on file in this office, the
following entity name is reserved as available:

**Ozark Materials, LLC**

This domestic limited liability company is proposed to be formed in Alabama and
is for the exclusive use of Robert E. L. Gilpin, PO Drawer 4540, Montgomery, AL
36103-4540 for a period of one hundred twenty days beginning December 29,
2011 and expiring April 27, 2012.



**In Testimony Whereof, I have hereunto set my
hand and affixed the Great Seal of the State, at the
Capitol, in the city of Montgomery, on this day.**

December 29, 2011

**Date**

**Beth Chapman**                    **Secretary of State**

593-831

STATE OF ALA.MONTGOMERY CO.
I CERTIFY THIS INSTRUMENT WAS FILED ON
CORP 00304 PG 0871-0879 2012 Jan 31 04:02PM
REESE MCKINNEY JR.
JUDGE OF PROBATE

| | |
|---|---|
| INDEX | $5.00 |
| REC FEE | $25.00 |
| CERT | $0.00 |
| CHECK TOTAL | $30.00 |
| 161756 | Clerk: #101 04:03PM |

Alabama
Sec. Of State

Entity Change
035-603        DLL
Date   2/02/2012
Time     17:00
120716    9 Pg

File   $25.00
Ackn   $.00
Exp    $.00
-----------
Total  $25.00
04/002

**CERTIFIED COPY**
I hereby certify this document was filed in
Montgomery County, Alabama on 2/2/12 In
Book 304
Page 871-879

Reese McKinney, Jr.
Judge of Probate

CERTIFICATE OF FORMATION
OF
**OZARK MATERIALS, LLC**

CORP 00303 PAGE 0950

STATE OF ALABAMA          )
                          :
MONTGOMERY COUNTY         )

TO THE HONORABLE JUDGE OF PROBATE OF MONTGOMERY COUNTY, ALABAMA:

The undersigned, desiring to form a limited liability company under the laws of the State of Alabama, do hereby adopt the following Certificate of Formation:

ARTICLE I
NAME

The name of the limited liability company shall be **Ozark Materials, LLC** (the "Company").

ARTICLE II
PERIOD OF DURATION

The term for which the Company is to exist as a limited liability company shall commence on the date this Certificate of Formation is filed, and shall continue in perpetual existence or until the Company shall be dissolved (a) upon the written consent of all members; (b) as provided in the Operating Agreement; or (c) as may be required by the Alabama Business and Non-Profit Entity Code or by the Alabama Limited Liability Company Act, both as amended from time to time (collectively, the "Act").

Alabama
Sec. Of State
New Entity
035-603        DLL
Date 1/06/2012
Time 17:00
120608        7 Pg

File      $100.00
Ackn       $.00
Exp        $.00
          ---------
Total
11/001    $100.00

ARTICLE III
PURPOSE

CORP 00303 PAGE 0951

The Company is formed to transact any and all lawful business for which a limited liability company may be organized under the Alabama Limited Liability Company Act, including, but not limited to, manufacturing products for use in highway construction, and to engage in any and all activities related or incidental to the business of the Company.

ARTICLE IV
LOCATION OF REGISTERED OFFICE
AND NAME OF REGISTERED AGENT

The initial registered office of the Company shall be at 2660 EastChase Lane, Suite 300, Montgomery, Alabama 36117, and the name of the initial registered agent at such address shall be Robert E. L. Gilpin.

ARTICLE V
MEMBERS

The names of the initial Members of the Company are Lee M. Gross, William H. Carr and Jerry N. Carr, whose addresses are as set forth in the Operating Agreement of the Company.

ARTICLE VI
ORGANIZER

The name and address of the Organizer of the Company is:

| Name | Address |
|------|---------|
| Robert E. L. Gilpin | 2660 EastChase Lane, Suite 300<br>Montgomery, Alabama 36117 |

Alabama
Sec. Of State

New Entity
035-603
Date    1/06/2012
Time    17:00
120600      7 Pg
              DLL

File        $100.00
Ackn        $-.00
Exp         $-.00
            ————
Total       $100.00
11/001

CORP 00303 PAGE 0952

## ARTICLE VII
## ADDITIONAL MEMBERS

The Members reserve the right to admit additional Members upon the unanimous agreement of all of the Members as to the admission of, and the consideration to be paid by, such new Members, and subject to the terms and conditions of the Company's Operating Agreement.

## ARTICLE VIII
## OPERATING AGREEMENT

The Operating Agreement of the Company shall be executed by each Member of the Company and shall set forth all provisions for the affairs of the Company and the conduct of its business to the extent that such provisions are not inconsistent with law or this Certificate of Formation.

## ARTICLE IX
## CONTINUATION UPON WITHDRAWAL OF MEMBER

The existence of the Company shall continue upon the death, retirement, resignation, expulsion, bankruptcy or dissolution of a Member or occurrence of any event which terminates the continued membership of a Member in the Company (collectively, "Cessation"), as long as, after the Cessation of the sole remaining Member, one or more new Members are admitted, as set forth in the Operating Agreement of the Company. In the event the sole remaining Member shall die, then the Personal Representative for such Member's estate shall continue as a Member.

Alabama
Sec. Of State
New Entity
035-603
Date 1/06/2012
Time 17:00
120600        7 Pg
                DLL
File        $100.00
Ackn        **.00
Exp         *.00
        ----------
Total       $100.00
11/001      $100.00

ARTICLE X          CORP 00303 PAGE 0953
LIABILITIES OF MEMBERS AND MANAGERS

Members and Managers of the Company are not liable under a judgment, decree or order

of a court, or in any other manner, for a debt, obligation or liability of the Company, whether

arising in contract, tort, or otherwise, or for the acts or omissions of any other member, manager,

agent or employee of the Company. The Company does indemnify its Managers and Members

as set forth in the Operating Agreement.

ARTICLE XI
MANAGEMENT

Authority to manage the Company shall be initially vested with one (1) Manager. The

name and address of the Manager who will serve until his successor is duly elected is as follows:

| **Manager's Name** | **Address** |
|---|---|
| Lee M. Gross | Post Office Box 847 |
|  | Ozark, Alabama 36361 |

The Manager may be removed and replaced by the Member(s) as provided in the

Operating Agreement.

ARTICLE XII
DISSOLUTION UPON CESSATION OF THE SOLE REMAINING MEMBER

The Cessation of membership of the sole remaining Member shall not constitute a

dissolution except with the written consent of the sole remaining Member or the Personal

Representative of the estate of the sole remaining Member, if the sole remaining Member has

**Certificate of Formation of Ozark Materials, LLC**          **Page 4**
00365230

CORP 00303 PAGE 0954

died, or the holders of all financial rights in the limited liability company agree in writing to

dissolve the Company.  Notwithstanding anything herein or in the Act to the contrary, Section

10A-5-7.01(3)(a) of the Act shall not be applicable.

All references to Articles of Organization in this Certificate or in the Operating

Agreement shall be deemed to include this Certificate of Formation.

## [ SIGNATURE PAGE FOLLOWS ]

---

Certificate of Formation of Ozark Materials, LLC
00365230

Page 5

CORP 00303 PAGE 0955

IN WITNESS WHEREOF, the undersigned Organizer has caused this Certificate of

Formation to be executed this 30th day of December, 2011.

ORGANIZER:

Robert E. L. Gilpin

### ACKNOWLEDGMENT FOR ORGANIZER

STATE OF ALABAMA                )
                                              :
MONTGOMERY COUNTY         )

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that **Robert E. L. Gilpin,** whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he executed the same voluntarily.

GIVEN under my hand and official seal this 30th day of December, 2011.

(SEAL)

Notary Public
My Commission Expires: _12/3/2014_

**This Instrument Prepared By:**

Robert E. L. Gilpin, Esquire
Gilpin Givhan, PC
2660 EastChase Lane, Suite 300, 36117
Post Office Drawer 4540
Montgomery, Alabama 36103-4540
(334) 409-2236   Fax (334) 244-1969

Certificate of Formation of Ozark Materials, LLC                          Page 6
  00365230

Alabama
Sec. Of State

New Entity     DLL
035-603
Date 1/06/2012
Time     17:00
120600     7 Pg

File     $100.00
Ackn     $.00
Exp     $.00
-----------
Total     $100.00
11/001

Beth Chapman
Secretary of State

CORP 00303 PAGE 0956

P. O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

pursuant to the provisions of Title 10A, Chapter 1, Article 5, *Code of Alabama 1975*, and upon an examination of the entity records on file in this office, the following entity name is reserved as available:

**Ozark Materials, LLC**

This domestic limited liability company is proposed to be formed in Alabama and is for the exclusive use of Robert E. L. Gilpin, PO Drawer 4540, Montgomery, AL 36103-4540 for a period of one hundred twenty days beginning December 29, 2011 and expiring April 27, 2012.



593-831

**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the city of Montgomery, on this day.**

December 29, 2011
Date

*Beth Chapman*

**Beth Chapman**                    **Secretary of State**

```
        Alabama
    Sec. Of State
New Entity
035-603        DLL
Date      1/06/2012
Time         17:00
120608        7 Pg

File      $100.00
Ackn         $.00
Exp          $.00
          ---------
Total     $100.00
11/001
```

STATE OF ALA.MONTGOMERY CO.
I CERTIFY THIS INSTRUMENT WAS FILED ON
CORP 00303 PG 0950-0956 2011 Dec 30 09:31AM
REESE MCKINNEY JR.
JUDGE OF PROBATE

INDEX           $5.00
REC FEE        $50.00
CERT            $0.00
CHECK TOTAL    $55.00
159645         Clerk: #104 02:26PM

CERTIFIED COPY

I hereby certify this document was filed in
Montgomery County, Alabama on 12/30/11 in
Book 303
Page 950-956

*Reese McKinney, Jr.*
Judge of Probate

**IN THE UNITED STATES DICTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

OZARK MATERIALS, LLC,          )
                               )
     Plaintiff,          )
                               )
v.                             )          CASE NO.: 2:22-cv-313
                               )
THE AERO-MARK COMPANY, LLC,    )
                               )
     Defendant.          )

# EXHIBIT 3

5/17/22, 9:18 AM                     Business Entity Records | Alabama Secretary of State

 **Alabama Secretary of State**                                    

| Ozark Striping Company, Inc. | |
|---|---|
| Entity ID Number | 000 – 014 – 088 |
| Entity Type | Domestic Corporation |
| Principal Address | OZARK, AL |
| Principal Mailing Address | Not Provided |
| Status | Exists |
| Place of Formation | Dale County |
| Formation Date | 07/26/1968 |
| Registered Agent Name | GROSS, LEON M III |
| Registered Office Street Address | 1273 WEST ROY PARKER ROAD OZARK, AL 36360 |
| Registered Office Mailing Address | Not Provided |
| Nature of Business | GENERAL CONTRACTING BUSINESS |
| Capital Authorized | $1,000 |
| Capital Paid In | $1,000 |
| Incorporators | |
| Incorporator Name | GRAHAM, JAMES B |
| Incorporator Street Address | Not Provided |
| Incorporator Mailing Address | Not Provided |
| Incorporator Name | GRAHAM, MIRIAM G |
| Incorporator Street Address | Not Provided |
| Incorporator Mailing Address | Not Provided |
| Incorporator Name | PRICE, ERNEST J JR |
| Incorporator Street Address | Not Provided |
| Incorporator Mailing Address | Not Provided |
| Incorporator Name | PRICE, AMANDA C |
| Incorporator Street Address | Not Provided |
| Incorporator Mailing Address | Not Provided |
| Annual Reports | |
| Annual Report information is filed and maintained by the Alabama Department of Revenue. If you have questions about any of these filings, please contact Revenue's Business Privilege Tax Division at 334-242-1170 or www.revenue.alabama.gov. The Secretary of State's Office cannot answer questions about or make changes to these reports. | |

**EXHIBIT 3**

Business Entity Records | Alabama Secretary of State

| Ozark Striping Company, Inc. | |
|---|---|
| Report Year | 1988  1989  1990  1991  1992  1993  1994  1995  1996  1997  1998  1999  2000  2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011  2012  2013  2014  2015  2016  2017  2018  2019  2020  2021 |
| Transactions | |
| Transaction Date | 05/24/2006 |
| Registered Agent Changed From | * Added |
| Scanned Documents | |
| Purchase Document Copies | |
| Document Date / Type / Pages | 05/24/2006    Registered Agent Change    1 pg. |
| | |

Browse Results        New Search

IN THE UNITED STATES DICTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

OZARK MATERIALS, LLC,    )
    )
    Plaintiff,    )
    )
v.    )    CASE NO.: 2:22-cv-313
    )
THE AERO-MARK COMPANY, LLC,    )
    )
    Defendant.    )

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZARK MATERIALS, LLC, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE AERO-MARK COMPANY, LLC, | ) |
| Defendant. | ) |

CASE NO.: __22-313__

## DECLARATION OF CURTIS A. HUFFMAN

I, Curtis A. Huffman, under penalty of perjury, declare and state as follows:

1.      I am over the age of eighteen (18) years and am competent to make this Declaration. I have personal knowledge of the facts stated herein.

2.      The Aero-Mark Company, LLC (the "Company") is a limited liability company formed and existing under the laws of the State of Ohio and having its principal place of business in the State of Ohio.

3.      I am a Member and the duly elected and acting Vice President of the Company and am authorized by the Company to make this Declaration.

4.      Michael W. Krenn and I are the sole Members of the Company.

5.      I am, and have been since December 16, 2020, a resident of the State of Florida and Michael W. Krenn, is and has been since March 4, 2021, a resident of the State of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 18th day of May, 2022.

_____
CURTIS A. HUFFMAN