IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZARK MATERIAL, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:22-CV-313-WKW ) [WO] |
| THE AERO-MARK COMPANY, LLC, | ) ) ) |
| Defendant. | ) |

## **ORDER**

Before the court is Defendant's Motion to Dismiss for Lack of Personal Jurisdiction. (Doc. # 7.) Plaintiff responded by filing a Motion to Transfer Venue. (Doc. # 10.) Plaintiff moves to transfer venue of this breach-of-contract action to the United States District Court for the Northern District of Ohio, where Defendant's headquarters is located: "Transferring venue to the Northern District of Ohio will obviate the Defendant's concern regarding personal jurisdiction" in Alabama. (Doc. # 10, at 1.)

Based upon careful consideration of the record, it is ORDERED that Plaintiff's Motion to Transfer Venue (Doc. # 10) is GRANTED and that this action is TRANSFERRED to the United States District Court for the Northern District of Ohio pursuant to 28 U.S.C. § 1404(a).

It is further ORDERED that Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. # 7) is DENIED as moot.

The Clerk of the Court is DIRECTED to take all necessary steps to effect the transfer.

DONE this 10th day of August, 2022.

/s/ W. Keith Watkins<br>UNITED STATES DISTRICT JUDGE